USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2021

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THE AMERICAN SOCIETY OF
MECHANICAL ENGINEERS, INC., and
THE NATIONAL BOARD OF BOILER
AND PRESSURE VESSEL INSPECTORS

    Defendants.

Case No. 1:20-mc-782
(Originally Civil Action No. 70-3141)

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: January 4, 2021

_____
ANALISA TORRES
United States District Judge